# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARK ALEX KINKEAD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-13-49-R ) |
| DON SUTMILLER, et al., | ) ) |
| Defendants. | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Shon T. Erwin. Doc. No. 99. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety. Plaintiff's Motion Seeking Prospective Relief from Arbitrary Removal of Psychotropic Medication Without Due Process and/or Just Cause [Doc. No. 91] is DENIED.

IT IS SO ORDERED this 2nd day of February, 2015.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE