IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

MARK ALEX KINKEAD, )
)
        Plaintiff, )
)
v. ) Case No. CIV-13-49-R
)
DON SUTMILLER, et al., )
)
        Defendants. )

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Shon T. Erwin. Doc. No. 102. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety. Defendants' dispositive motions [Doc. Nos. 52, 71[1] and 78] are GRANTED, Defendants Chainikul, Eldridge and Langston are dismissed on screening and Plaintiff's Motion for Summary Judgment [Doc. No. 80] is DENIED.

IT IS SO ORDERED this 30th day of March, 2015.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

---

[1] As noted in the Report and Recommendation, the findings therein shall also apply to the unserved Defendant Greg Prock.